**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLINT PHILLIPS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-120 RLW |
| | ) | |
| OFFICER UNKNOWN LAWTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. Plaintiff instituted this action without paying the filing fee or filing a motion for leave to proceed in forma pauperis.  On March 28, 2024, the Court entered an Order directing him to do one or the other. The Order warned Plaintiff that if he did not timely comply, the Court would dismiss the case without prejudice and without further notice. Plaintiff's response was due April 11, 2024.  To date, he has not complied with the Order or sought additional time to do so. Therefore, the Court will dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's March 28, 2024 Order.  *See* Fed. R. Civ. P. 41(b); *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order). Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.  A separate order of dismissal will be entered herewith.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this <u>17th</u> day of April, 2024.